# Court of Appeals
# of the State of Georgia

ATLANTA, August 13, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2451. TEYUNIA BURLEY v. NAVY FEDERAL CREDIT UNION.**

In this action on a debt, Teyunia Burley filed a notice of appeal from a final judgment entered against her in the amount of $5,610.35. We, however, lack jurisdiction.

OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal in all actions for damages in which the judgment is $10,000 or less. See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Because the judgment in this case was in an amount less than $10,000, Burley was required to file a discretionary application in order to appeal. See *Jennings*, 235 Ga. App. at 357; see also *Hill v. Rose Elec. Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996). Burley's failure to do so deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/13/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*